**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN: Stanacard, LLC v. Rubard, LLC et al,

(12 Civ. 5176) (CM)

FROM: Judge McMahon

RE: Patent Invalidity

DATE: November 19, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/15

Counsel:

Now that I have invalided the patent, is there anything left to this case?

I need to know right away if any claims remain after my recent opinion.