# KROL & O'CONNOR

320 WEST 81st STREET
NEW YORK , NY 10024

PH.   (212)  595-8009
FAX (212)  595-8149
igor@krol-oconnor.com

November 20, 2015

Re:  **Stanacard v. Rubard, LLC, et al (1:12-cv-05176)(CM)(MHD)**

Dear Judge McMahon:

I represent plaintiff in the above-referenced case. I respond hereby to Your Honor's letter to counsel, dated November 19, 2015. The complaint contains ten (10) causes of action. Your Honor dismissed one (1) cause of action (patent infringement). The others are still pending along with defendants' motion for summary judgment dismissing some of the other claims in whole or in part. Once Your Honor rules on defendants' motion for summary judgment, the parties will be in a better position to assess what is left to be tried in this case.

I look forward to Your Honor's directives and remain,

Very truly yours,
/s/
Igor Krol (IK 1068)

P.S. Please accept my apology for a delayed response. (I could not reach my client right away.)

Honorable Colleen McMahon, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Cc: Counsel to all parties*