IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANACARD, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> RUBARD, LLC D/B/A CENTMOBILE, ALEKSANDR PALATKEVICH, ARTUR ZAYTSEV & ALEXANDER DZERNEYKO, <br><br> *Defendants*. | Civil Action No.: 1:12-cv-05176 (CM) (MHD) |

## NOTICE OF MOTION *IN LIMINE* BY THE RUBARD DEFENDANTS TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF TERENCE GRISWOLD

PLEASE TAKE NOTICE that upon the Memorandum of Law and Declaration of Katherine B. Harrison, dated February 8, 2016, and the exhibits thereto, Defendants Rubard, LLC d/b/a Centmobile and Artur Zaytsev (together the "Rubard Defendants") hereby move the Court, before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an order excluding the expert report and testimony of Terence Griswold and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       February 8, 2016

PADUANO & WEINTRAUB LLP

By: *Katherine B. Harrison* (signature)

    Leonard Weintraub
    Katherine B. Harrison
    Lisia L. Leon
    Katherine Kettle
    1251 Avenue of the Americas, Ninth Floor
    New York, New York 10020
    (212) 785-9100 (telephone)
    (212) 785-9099 (facsimile)

    Attorneys for Defendants Rubard, LLC
    d/b/a Centmobile and Artur Zaytsev