IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANACARD, LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>RUBARD, LLC D/B/A CENTMOBILE,<br>ALEKSANDR PALATKEVICH, ARTUR<br>ZAYTSEV & ALEXANDER DZERNEYKO,<br><br>      *Defendants.* | Civil Action No.: 1:12-cv-05176<br>(CM) (MHD) |

**DECLARATION OF KATHERINE B. HARRISON IN SUPPORT OF
THE MOTION *IN LIMINE* OF THE RUBARD DEFENDANTS TO
EXCLUDE THE EXPERT REPORT AND TESTIMONY OF TERENCE GRISWOLD**

I, Katherine B. Harrison, declare under penalty of perjury as follows:

1. I am a member of Paduano & Weintraub LLP, counsel to Defendants Rubard, LLC d/b/a Centmobile and Artur Zaytsev (together the "Rubard Defendants") in this action. I am duly admitted to practice in the State of New York and before this Court.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Plaintiff's Initial Designation of Expert Witness Terence L. Griswold, dated May 7, 2015, in which Mr. Griswold submitted his expert report, titled "Expert Report of Empire Valuation Consultants, LLC."

3. Annexed hereto as Exhibit 2 are true and correct copies of excerpts from the Deposition of Terence L. Griswold conducted on July 15, 2015, which are cited in the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Expert Report and Testimony of Terence L. Griswold.

**Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 8, 2016.**

_____
KATHERINE B. HARRISON

# EXHIBITS 1 – 2
# TO KATHERINE HARRISON DECLARATION

## FILED UNDER SEAL