PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

---

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

January 5, 2017

<u>By ECF</u>

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 6B
New York, New York 10007

     Re: <u>Stanacard, LLC v. Rubard, LLC et al., 1:12-cv-05176 (S.D.N.Y.)</u>

Dear Judge Gorenstein:

     We represent Defendants Rubard, LLC, Artur Zaytsev and Alexander Dzerneyko. We write on behalf of all counsel to inform the Court that the parties have resolved the outstanding issues that we proposed to present to you, and therefore no longer need to come in for a settlement conference. Accordingly, we request, on Stanacard's consent, that the January 9, 2017 settlement conference be cancelled.

Respectfully submitted,

Leonard Weintraub

cc:    Igor Krol, Esq. (by email)
        Howard J. Kaplan, Esq. (by email)
        Leonard Kohen, Esq. (by email)
        James Klaimer, Esq. (by email)